

U.S.C. § 866(c)(2006). [See also ORDERS GRANTING PETITION FOR RE-VIEW this date.]

No. 14–0029/AR. U.S. v. Ronald J. Davis. CCA 20100815. Review granted on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED IN FINDING THAT THE MILITARY JUDGE'S FAILURE TO INSTRUCT ON THE AFFIRMATIVE DEFENSE OF DEFENSE OF PROPERTY WAS HARMLESS BEYOND A REASONABLE DOUBT.

Briefs will be filed under Rule 25.

No. 14–0141/AF. U.S. v. Daniel G. Chappell. CCA S32027. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0172/AR. U.S. v. Daniel M. McGinn. CCA 20100962. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 4, 2013.

No. 14–0180/AF. U.S. v. Jeremy R. Lyson. CCA 38067. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 9, 2013.

No. 14–0181/AR. U.S. v. Arron M. Hammack. CCA 20101007. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 9, 2013.

No. 14–0182/AR. U.S. v. Jose E. Armstrong. CCA 20121190. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 9, 2013.

No. 14–0183/AF. U.S. v. Desmond L. Gill. CCA S32128. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 9, 2013.